[No. 7684-9-III. Division Three. August 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM CALVIN STOUT, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-1-00024-3, Thomas E. Merryman, J., entered February 25, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Grosse, JJ.

[No. 18003-7-I. Division One. August 5, 1987.]

MERLE J. SUCKIE, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-06970-8, Robert W. Winsor, J., entered January 28, 1986. *Affirmed* by unpublished opinion per Durham, J. Pro Tem., concurred in by Dolliver and Johnsen, JJ. Pro Tem.

[No. 18584-5-I. Division One. August 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANNA JEAN MUNDELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03603-1, Richard M. Ishikawa, J., entered May 21, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Grosse, JJ.

[No. 18969-7-I. Division One. August 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL GENE ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-8-02522-9, Norman W. Quinn, J., entered July 10, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Coleman, JJ.